CARMEN TEJEDA, Respondent, v CHERISE M. DYAL, M.D., et al., Appellants.

Submitted September 19, 2011; decided November 17, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of LEON WRIGHT, Appellant, v GLORIA VENISZEE, Respondent.

Submitted September 6, 2011; decided November 17, 2011

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.